# EXHIBIT E



# NORTHSIDE GASTRO

8424 Naab Road, Suite 3J
Indianapolis, IN 46260
Phone: (317) 872-7396
Fax: (317) 879-8328

August 31, 2021

RE: ACYRUS FLOYD

MICHAEL S. MILLER,, MD

Thank you for referring ACYRUS to my office for evaluation. I have included my findings from this visit below.

**History of Present Illness**



**Assessment & Plan**



I appreciate the opportunity to see your patient. If you have any questions or concerns, please contact my office at 317-872-7396.

Sincerely,

Ryan Rosebrough